## Fourth District.

Joseph Seeley, plaintiff in error, v. Ferd Rohrkaste, defendant in error.

Opinion filed December 26, 1933. Rehearing denied February 26, 1934.

Ferdinand Tunnell, for plaintiff in error. James L. Reed and Williamson, Burroughs & Simpson, for defendant in error.

Mr. Presiding Justice Edwards delivered the opinion of the court.